196

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CAPPY and CASTILLE and NEWMAN dissent.

■

**WAREHIME ENTERPRISES, INC., Appellant,**

v.

**John WAREHIME and Patricia Warehime, Husband and Wife, Appellees.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1999.

Decided Dec. 10, 1999.

David B. Schaumann, Bradley J. Leber, Blakey Yost Bupp & Schaumann, York, for Warehime Enterprises, Inc.

David E. Lehman, McNees Wallace & Nurick, James P. DeAngelo, Harrisburg, for John and Patricia Warehime.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

■

**In re the Appeal of LYNNEBROOK AND WOODBROOK ASSOCIATES and Dack Realty Associates, Borough of Millersville.**

**E.G. Stoltzfus, Jr., Inc., Intervenor.**

**Appeal of Lynnebrook and Woodbrook Associates, Dack Realty Associates, Judith L. Landis and John Orlando.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1999.

Decided Dec. 10, 1999.

David E. Wagenseller, III, Shirk Reist Wagenseller Mecum, Lancaster, for Lynnebrook & Woodbrook Associates et al.

George T. Cook, Frank Vargish, Blakinger Blyer & Thomas, P.C., Lancaster, David H. Moskowitz, David H. Moskowitz & Associates, Malvern, for E.G. Stoltzfus, Intervenor.

Josele Cleary, Morgan Hallgren Crosswell & Kane, Lancaster, for Borough of Millersville.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

■

**John POTOCHNICK and Carol Potochnick, his wife,**

v.

**Stacy R. PERRY, Individually, and Kenis Perry and Lonnie Perry, Individually and t/a K & L Motors.**

**Appeal of Stacy R. Perry.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1999.

Decided Dec. 10, 1999.

Nicholas Noel, III, Maura Zajac McGuire, Teel Stettz, P.C., Easton, for Stacy R. Perry.

Thomas J. Foley, Jr., John T. McLane, Foley, McLane, Foley, McDonald, and MacGregor, Scranton, for John and Carol Potchnick.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Daniel Paul CHRISTMAN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 13, 1999.

'Edward F. Browne, Jr., Lancaster, for petitioner.

### ORDER

PER CURIAM:

**AND NOW,** this 13th day of December, 1999, the Petition for Allowance of Appeal is GRANTED and the order of the Superior Court is REVERSED. *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).

**IT IS FURTHER ORDERED** that this matter be remanded to the PCRA court for an evidentiary hearing on the reasons for counsel's failure to file a timely brief on